UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jose David Espinoza

    v.                                                             Case No. 23-cv-12606-LBM

Clinton et al.

## ORDER

No objection having been filed, I herewith approve the endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 18, 2024 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The complaint is dismissed without prejudice.

_____
Landya B. McCafferty
United States District Judge

Date: June 23, 2025

cc: Jose David Espinoza, pro se